# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1113

_____

BONAFIDE PROPERTIES, LLC,

Appellant,

v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee,
etc.,

Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

September 28, 2022

PER CURIAM.

AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee Segal of Segal & Schuh Law Group, P.L., Clearwater, for Appellant.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for Appellees.